IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATASHA MYATT | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-130 |
| | : | |
| CATHEDRAL VILLAGE | : | |

## **ORDER**

AND NOW, this 29th day of May, 2019, upon consideration of Defendant Cathedral Village's Partial Motion to Dismiss, Plaintiff Latasha Myatt's response thereto, and Cathedral Village's reply, and the parties' presentations at the April 30, 2019, oral argument on the Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 6) is GRANTED in part and DENIED in part as follows:

1. Myatt's discrimination and hostile work environment claims pursuant to the Americans with Disabilities and Act and Pennsylvania Human Relations Act in Counts I and II are DISMISSED with prejudice insofar as she asserts Cathedral "regarded her as" disabled.

2. Myatt's interference and retaliation claims under the Family Medical Leave Act in Count III are DISMISSED without prejudice.

3. The balance of the Motion is DENIED.

Myatt shall have until June 12, 2019, to file a second amended complaint that corrects the pleading deficiencies identified in the accompanying Memorandum as to any claims dismissed without prejudice. Failure to file a second amended complaint within the time permitted may result in dismissal of such claims with prejudice.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.